UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-cv-23100-LENARD/GOODMAN

AMBER GRACE TEUFEL, as an individual
and on behalf of all others similarly situated,

    Plaintiffs,
vs.

KARLIN FOODS CORPORATION, an Illinois Corporation**,**

    Defendant.

_____

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES PENDING PRELIMINARY APPROVAL OF CLASS SETTLEMENT

The parties, Plaintiff, AMBER GRACE TEUFEL, ("Plaintiff"), and Defendant, KARLIN FOODS CORPORATION ("Karlin") (collectively, the "Parties"), by and through undersigned counsel, hereby provide notice to the Court that the Parties have agreed to settle this action on a class-wide basis, and move jointly to stay the deadlines set forth in this Court's Scheduling Order pending preliminary approval of the nationwide class settlement, and state in support thereof:

1. This is a putative nationwide consumer class action involving the sale and labeling of one of Defendant's products. *See* Class Action Complaint [DE 1], filed August 22, 2014.

2. On February 19, 2015, Teufel and Karlin participated in a full-day mediation session with Rodney A. Max, Esq., but were unable to reach total agreement on settlement terms at that time. However, since then, the Parties have continued to engage in extensive settlement negotiations, including through consultation with the mediator. As a result, the Parties have reached agreement in principle on the material terms of a nationwide class settlement that will resolve this action.

3. The Parties are in the process of working together to memorialize a written Stipulation

of Settlement Agreement, as well as consulting a professional claim's administrator regarding notice and administration of the proposed nationwide settlement.

4. On or before May 4, 2015, Plaintiff intends to file an Unopposed Motion for Preliminary Certification of a Class for Settlement Purposes and Approval of Notice (the "Unopposed Motion for Preliminary Approval"), by which Plaintiff will request, without objection from Karlin, that the Court enter an Order Preliminary Approving Settlement and scheduling a Settlement Fairness Hearing to: (1) preliminarily approve the Parties' settlement of the above-captioned litigation; (2) approve the proposed Notice of Settlement and authorize distribution of the proposed Notice of Settlement; (3) certify the proposed Settlement Class for settlement purposes; (4) designate Plaintiffs' counsel as class counsel; (5) designate Plaintiff Amber Teufel as class representatives; and (6) schedule a final approval hearing in this matter.

5. In the interests of judicial economy, the Parties request that all pretrial deadlines set forth in this Court's Order Adopting Joint Scheduling Report and Setting Pretrial Deadlines (ECF No. 24), as amended by Order Granting Joint Motion for Enlargement of Time (ECF No. 29) (the "Scheduling Order") be stayed until further Order of the Court after the filing and the Court's resolution of Plaintiff's Unopposed Motion for Preliminary Approval.

6. If the Court denies the relief requested in the Unopposed Motion for Preliminary Approval, the Parties will promptly move the Court to lift the stay requested by this Motion and enter a new Scheduling Order under which this case will then proceed.

7. Good cause exists to grant the stay requested in this Motion. The parties have advanced this action at an aggressive pace, having already conducted written discovery, document production, the class representative deposition, and mediation. In addition, the Parties have been actively engaged in a voluntary exchange of information relating to the distribution, sales,

marketing and labeling of the Product, and Plaintiff's class-wide theories of liability. As a result of the good faith and arms-length negotiation and exchange of information between the parties, the Parties have worked together to reach an amicable resolution of this matter without expending further judicial resources.

8. The Motion is filed in good faith, not for the purposes of delay, and will not unduly delay the trial of this matter. Neither party will be prejudiced by the requested relief in this Motion. A proposed Order is attached hereto as **Exhibit "A."**

WHEREFORE, the parties respectfully request this Honorable Court enter an Order granting the stay as requested above and in the form here attached as Exhibit A.

Dated: April 8, 2015                     Respectfully Submitted,

By:   /s/   *Joshua H. Eggnatz*          /s/   Fredrick H.L. McClure
Joshua H. Eggnatz, Esq.                  Fredrick H.L. McClure
Fla. Bar. No.: 0067926                   Florida Bar No. 147354
Michael J. Pascucci, Esq.                DLA PIPER LLP (US)
Fla. Bar No.: 0083397                    100 North Tampa Street
**EGGNATZ, LOPATIN & PASCUCCI, LLP**     Suite 2200
                                         Tampa, FL 33602-5809
5400 S. University Drive, Ste. 413       Phone: (813) 229-2111
Davie, FL 33328                          Fax: (813) 229-1447
Tel:   (954) 889-3359
Fax:   (954) 889-5913                    *Counsel for Defendant, Karlin Foods*
jeggnatz@ELPLawyers.com                  *Corporation*
mpascucci@ELPLawyers.com

*Attorneys for Plaintiffs and*
*the Proposed Class*

*Trial Counsel for Plaintiff and the Proposed Class*